1128

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JONES, Appellant. [773 NYS2d 716]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Charles T. Maloy, J.—Robbery, 2nd Degree.) Present—Pigott, Jr., P.J., Green, Wisner, Hurlbutt and Gorski, JJ.